**MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
Virginia Shea, Esq.
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone: 201-445-6722
Facsimile: 201-445-5376
Email: vshea@mdmc-law.com
*Counsel for Eric R. Perkins, Esq.*
*Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 7 |
| ESSEX USA, LLC, | Case No. 15-28571 (JKS) |
| Debtor. | Honorable John K. Sherwood, U.S.B.J. |
| | Hearing Date: June 6, 2017 |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION SEEKING ENTRY OF AN
ORDER APPROVING THE SALE OF CERTAIN ASSETS OF THE
DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES PURSUANT TO 11
U.S.C. §§ 105 AND 363 AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 6, 2017, or as soon thereafter as counsel may be heard, Eric R. Perkins, Chapter 7 trustee (the "Trustee") for the estates of the above captioned debtor (the "Debtors"), will move before the Honorable John K. Sherwood, at the United States Bankruptcy Court (the "Court"), 50 E. Walnut Street, 3rd Floor, Newark, New Jersey 07102, for the entry of an order approving the sale of certain assets of the Debtor's estate to Oak Point Partners, Inc. free and clear of liens, claims, interests, and encumbrances pursuant to 11 U.S.C. §§ 105 and 363 and granting such other and further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely upon the certification and memorandum of law submitted herewith

pursuant to D.N.J. LBR 9013-1(a)(3).

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court at Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, P.O. Box 1352, Newark, New Jersey 07101-1352, and served upon (i) the Trustee and counsel to the Trustee at 40 West Ridgewood Ave., Ridgewood, New Jersey 07450, Attn: Eric R. Perkins, Esq. and Virginia Shea, Esq.; and (ii) Office of the United States Trustee, One Newark Center, 1085 Raymond Blvd., Suite 2100, Newark, NJ 07102, no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the Trustee's motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

        McELROY, DEUTSCH, MULVANEY
        & CARPENTER, LLP

*Attorneys for the Chapter 7 Trustee*

Dated: May 1, 2017        By: /s/ Virginia Shea
                                                   Virginia Shea, Esq.