UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
354 Eisenhower Parkway
Eisenhower Plaza Two, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail: rtowey@becker.legal



**Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

ESSEX USA, LLC,

Debtor.

Chapter 7

Case No. 15-28571 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: Tuesday, December 3, 2019 at 10 a.m.

**ORDER RECLASSIFYING PROOF OF CLAIM NO. 5 FILED BY TECH DATA CORPORATION**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DEBTOR:**         ESSEX USA, LLC

**CASE NO.:**       15-28571 (JKS)

**CAPTION OF ORDER:**     Order Reclassifying Proof of Claim No. 5 Filed by Tech Data Corporation

---

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 reclassifying Claim No. 5 filed by Tech Data Corporation; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

**IT IS HEREBY**

**ORDERED** that the following claim be and is hereby reclassified:

1)     Proof of Claim No. 5 filed by Tech Data Corporation in the amount of $378,192.41 is reclassified as a general unsecured claim; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all parties-in interest within seven (7) days from the date hereof.