Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
354 Eisenhower Parkway, Plaza Two, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail: rtowey@becker.legal

In re:

ESSEX USA, LLC,

            Debtor.

Chapter 7

Case No. 15-28571 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: Tuesday, December 3, 2019 at 10 a.m.

**ORDER EXPUNGING PROOF OF CLAIM NO. 1
FILED BY DE LAGE LANDEN FINANCIAL SERVICES**

    The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DEBTOR:**          **ESSEX USA, LLC**

**CASE NO.:**        **15-28571 (JKS)**

**CAPTION OF ORDER:**   Order Expunging Proof of Claim No. 1 Filed by De Lage Landen Financial Services, Inc.

_____

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 1 filed by De Lage Landen Financial Services, Inc. ("De Lage Landen"); and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

 **IT IS HEREBY**

**ORDERED** that Claim No.1 filed by De Lage Landen be and hereby is EXPUNGED and DISALLOWED in its entirety; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all parties-in interest within seven (7) days from the date hereof.