| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **Caption in compliance with D.N.J. LBR 9004-2(c)** <br><br> **BECKER LLC** <br> 354 Eisenhower Parkway, Plaza Two <br> Livingston, New Jersey 07039 <br> Telephone: (201) 422-1100 <br> Facsimile: (973) 422-9122 <br> Counsel to Eric R. Perkins, Chapter 7 Trustee <br> ROBERT D. TOWEY, ESQ. <br><br> E-Mail: rtowey@becker.com | Order Filed on December 4, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: <br><br> ESSEX USA, LLC, <br><br>          Debtor. | Case No.: 15-28571 (JKS) <br><br> Chapter 7 <br><br> Hon. John K. Sherwood, U.S.B.J. <br><br> Hearing Date: Tuesday, December 3, 2019 at 10 a.m. |

### ORDER EXPUNGING PROOF OF CLAIM NO. 13 FILED BY ONLINE MR INC.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

Case 15-28571-JKS    Doc 72    Filed 12/04/19    Entered 12/04/19 13:27:41    Desc Main
Document    Page 2 of 2


**Debtor:**     **Essex USA, LLC**
**Case No.:**     **15-28571 (JKS)**
**Caption of Order:**     **Order Expunging Proof of Claim No. 13 filed by Online Mr Inc.**

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 13 filed by Online Mr Inc.; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

**IT IS HEREBY**

**ORDERED** that Claim No. 13 filed by Online Mr Inc. be and hereby is EXPUNGED and DISALLOED in its entirety; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.