Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
354 Eisenhower Parkway, Plaza Two
Livingston, New Jersey 07039
Telephone:  (201) 422-1100
Facsimile:  (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail:  rtowey@becker.com

In re:

ESSEX USA, LLC,

        Debtor.

Case No.:  15-28571 (JKS)

Chapter 7

Hon. John K. Sherwood, U.S.B.J.

Hearing Date: Tuesday, December 3, 2019 at 10 a.m.

**ORDER EXPUNGING PROOF OF CLAIM NO. 2 FILED
BY NORTH JERSEY MEDIA GROUP**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:** Essex USA, LLC
**Case No.:** 15-28571 (JKS)
**Caption of Order:** Order Expunging Proof of Claim No. 2 filed by North Jersey Media Group

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 2 filed by North Jersey Media Group; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

**IT IS HEREBY**

**ORDERED** that Claim No. 2 filed by North Jersey Media Group be and hereby is EXPUNGED and DISALLOWED in its entirety; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.