UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

BECKER LLC
354 Eisenhower Parkway
Eisenhower Plaza Two, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail: rtowey@becker.legal

**Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In re:

   ESSEX USA, LLC,

           Debtor.

Chapter 7

Case No. 15-28571 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: Tuesday, December 3, 2019 at 10 a.m.

**ORDER RECLASSIFYING PROOF OF CLAIM NO. 12 FILED BY DE LAGE LANDEN FINANCIAL SERVICES, INC.**

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**DEBTOR:**         ESSEX USA, LLC

**CASE NO.:**       15-28571 (JKS)

**CAPTION OF ORDER:**   Order Reclassifying Proof of Claim No. 12 Filed by De Lage Landen Financial Services, Inc.

_____

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 reclassifying Claim No. 12 filed by De Lage Landen Financial Services, Inc. ("De Lage Landen"); and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

 **IT IS HEREBY**

   **ORDERED** that the following claim be and is hereby reclassified:

   1)   Proof of Claim No. 12 filed by De Lage Landen in the amount of $233,890.40 is reclassified as a general unsecured claim; and **IT IS FURTHER**

   **ORDERED** that a copy of this Order be served upon all parties-in interest within seven (7) days from the date hereof.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Essex USA, LLC  
    Debtor

Case No. 15-28571-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db          +Essex USA, LLC,    185 Route 17,    Paramus, NJ 07652-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

         David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com, ciarkowski@wilentz.com  
         Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal  
         Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
         Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
         Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com  
         Jason Daniel Angelo    on behalf of Trustee Eric R. Perkins jason.angelo@dlapiper.com, sshidner@mdmc-law.com;smullen@mdmc-law.com  
         Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc. jgould@stark-stark.com, mdepietro@stark-stark.com  
         Lisa Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com  
         Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal  
         Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
         Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com  
                                                                                 TOTAL: 11