UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
354 Eisenhower Parkway
Eisenhower Plaza Two, Suite 1500
Livingston, New Jersey 07039
Telephone:  (973) 422-1100
Facsimile:   (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail:  rtowey@becker.legal



Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

   ESSEX USA, LLC,

              Debtor.

Chapter 7

Case No. 15-28571 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: Tuesday, December 3, 2019 at 10 a.m.

## ORDER RECLASSIFYING PROOF OF CLAIM NO. 5 FILED BY TECH DATA CORPORATION

     The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DEBTOR:** ESSEX USA, LLC

**CASE NO.:** 15-28571 (JKS)

**CAPTION OF ORDER:** Order Reclassifying Proof of Claim No. 5 Filed by Tech Data Corporation

---

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 reclassifying Claim No. 5 filed by Tech Data Corporation; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

**IT IS HEREBY**

**ORDERED** that the following claim be and is hereby reclassified:

1) Proof of Claim No. 5 filed by Tech Data Corporation in the amount of $378,192.41 is reclassified as a general unsecured claim; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all parties-in interest within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Essex USA, LLC  
    Debtor

Case No. 15-28571-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 04, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.  
db            +Essex USA, LLC,    185 Route 17,    Paramus, NJ 07652-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:

           David H. Stein     on behalf of Unknown Role Type     Tech Data Corporation dstein@wilentz.com, ciarkowski@wilentz.com  
           Eric R. Perkins     on behalf of Trustee Eric R. Perkins eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal  
           Eric R. Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
           Eric Raymond Perkins     on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
           Gary D. Bressler     on behalf of Attorney     McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com  
           Jason Daniel Angelo     on behalf of Trustee Eric R. Perkins jason.angelo@dlapiper.com, sshidner@mdmc-law.com;smullen@mdmc-law.com  
           Jennifer D. Gould     on behalf of Creditor     De Lage Landen Financial Services, Inc. jgould@stark-stark.com, mdepietro@stark-stark.com  
           Lisa Bonsall     on behalf of Other Prof.     South 17 Associates, LLC lbonsall@mccarter.com  
           Robert D. Towey     on behalf of Trustee Eric R. Perkins rtowey@becker.legal  
           Scott S. Rever     on behalf of Debtor     Essex USA, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
           Virginia T. Shea     on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com  
                                                                                                                      TOTAL: 11