UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
354 Eisenhower Parkway, Plaza Two
Livingston, New Jersey 07039
Telephone:  (201) 422-1100
Facsimile:   (973) 422-9122
Counsel to Eric R. Perkins, Chapter 7 Trustee
ROBERT D. TOWEY, ESQ.

E-Mail:  rtowey@becker.com

**Order Filed on December 4, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| In re: | Case No.: 15-28571 (JKS) |
|---|---|
| ESSEX USA, LLC, | Chapter 7 |
| Debtor. | Hon. John K. Sherwood, U.S.B.J. |
| | Hearing Date: Tuesday, December 3, 2019 at 10 a.m. |

**ORDER EXPUNGING PROOF OF CLAIM NO. 13 FILED
BY ONLINE MR INC.**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 4, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:** Essex USA, LLC
**Case No.:** 15-28571 (JKS)
**Caption of Order:** Order Expunging Proof of Claim No. 13 filed by Online Mr Inc.

**THIS MATTER** having been brought before this Court upon the motion filed by Becker LLC, as counsel to Eric R. Perkins, Chapter 7 Trustee (the "Trustee"), for Essex USA, LLC (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 expunging Claim No. 13 filed by Online Mr Inc.; and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown;

**IT IS HEREBY**

**ORDERED** that Claim No. 13 filed by Online Mr Inc. be and hereby is EXPUNGED and DISALLOED in its entirety; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Essex USA, LLC  
     Debtor

Case No. 15-28571-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 04, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
db          +Essex USA, LLC,   185 Route 17,   Paramus, NJ 07652-2903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
      David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com, ciarkowski@wilentz.com
      Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal
      Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
      Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
      Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
      Jason Daniel Angelo    on behalf of Trustee Eric R. Perkins jason.angelo@dlapiper.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
      Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc. jgould@stark-stark.com, mdepietro@stark-stark.com
      Lisa Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com
      Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
      Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
      Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                                                                TOTAL: 11