Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−28571−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Essex USA, LLC
  185 Route 17
  Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
  20−1269749

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 20, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 83 − 79
Order Granting Application For Compensation for Bederson, LLP, fees awarded: $18566.50, expenses awarded: $1250.67 (Related Doc # 79). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/20/2020. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 20, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-28571-JKS
Essex USA, LLC                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1          Date Rcvd: Mar 20, 2020
                             Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
acc            +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
              David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com, ciarkowski@wilentz.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal
              Eric R. Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Jason D. Angelo    on behalf of Trustee Eric R. Perkins jangelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
              Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc. jgould@stark-stark.com,  mdepietro@stark-stark.com
              Lisa  Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com
              Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
              Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                             TOTAL: 11