UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ESSEX USA, LLC
        DEBTOR

Case No.: 15-28571 (JKS)

Hearing Date:

Judge:  John K. Sherwood

Chapter 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

DATED: March 20, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| BEDERSON LLP | $18,566.50 | $1,250.67 |

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 15-28571-JKS
Essex USA, LLC                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Mar 20, 2020
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db              +Essex USA, LLC,    185 Route 17,    Paramus, NJ 07652-2963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
```
              David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com,
               ciarkowski@wilentz.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal
              Eric R. Perkins     eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Gary D. Bressler    on behalf of Attorney     McElroy, Deutsch, Mulvaney & Carpenter, LLP
               gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Jason D. Angelo    on behalf of Trustee Eric R. Perkins jangelo@reedsmith.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc.
               jgould@stark-stark.com,  mdepietro@stark-stark.com
              Lisa Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com
              Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
              Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                             TOTAL: 11
```