Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−28571−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Essex USA, LLC
   185 Route 17
   Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
   20−1269749

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:           June 4, 2020
TIME:           10:00 AM
LOCATION:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $43,780.19
TOTAL DISBURSEMENTS:    $34,849.80
BALANCE ON HAND:        $8930.89

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Eric R Perkins, Trustee

COMMISSION OR FEES
Fee: $5128.07

EXPENSES
$108.28

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: May 5, 2020
JAN: wdh

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-28571-JKS
Essex USA, LLC                                                            Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3           Date Rcvd: May 05, 2020
                              Form ID: 192             Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2020.
```
db          +Essex USA, LLC,    185 Route 17,    Paramus, NJ 07652-2963
aty         +Becker LLC,    Eisenhower Plaza II,    354 Eisenhower Parkway, Ste. 1500,
              Livingston, NJ 07039-1023
aty         +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    570 Broad Street, Ste. 1500,
              Newark, NJ 07102-4560
aty         +McElroy, Deutsch, Mulvaney & Carpenter, LLP,    1300 Mount Kemble Avenue,    PO Box 2075,
              Morristown, NJ 07962-2075
acc         +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr          +De Lage Landen Financial Services, Inc.,    c/o Jennifer D. Gould, Esquire,
              777 Township Line Road,    Suite 120,    Yardley, PA 19067-5559
none        +Tech Data Corporation,    c/o Wilentz, Goldman & Spitzer, P.A.,    90 Woodbridge Center Drive,
              Suite 900, Box 10,    Attn: David H. Stein, Esq.,    Woodbridge, NJ 07095-1155
515771145   +10 Deep Clothing Ltd.,    68 Jay Street, Suite 511,    Brooklyn, NY 11201-8361
515771146    Alan Guttmacher Institute,    7, 125 Maiden Ln,    New York, NY 10038
515771147    American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
515895451    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515771148   +Americas Credit Restructuring Manager,    7100 Highlands Parkway,    Smyrna, GA 30082-4859
515771149   +Anil Bansal,    10 Wittig Terrace,    Wayne, NJ 07470-8212
515771150    Avery Dennison,    Information and Brand Mgmt,    218 W. 40th Street,    New York, NY 10018-1509
515771153   +BP Lubricants,    1500 Valley Road,    Wayne, NJ 07470-2040
515771154   #Captain Lucas, Inc.,    151 West 25th St 11th Floor,    New York, NY 10001-7249
515771155   +Celgene Corporation,    86 Morris Avenue,    Summit, NJ 07901-3915
515771156   +Century 21 Department Stores,    70 Enterprise Avenue,    Secaucus, NJ 07094-2517
515771157   +Computer Floors,    19 Richmond Street,    Clifton, NJ 07011-2828
515771158   +Country Life Vitamins,    180 Vanderbilt Motor Parkway,    Hauppauge, NY 11788-5107
515771159   +Creative Concepts/Vitaquest Internationa,    8 Henderson Drive,    West Caldwell, NJ 07006-6608
515771160   +Creston Electronics, Inc.,    15 Volvo Drive,    Rockleigh, NJ 07647-2507
515803453   +De Lage Landen Financial Services,    Euler Herman North America Ins Co,
              800 Red Brook Boulevard,    Owings Mills, NC 21117-5173
515846451   +De Lage Landen Financial Services, Inc.,    c/o Jennifer D. Gould, Esquire,
              Stark & Stark, P.C.,    777 Township Line Road, Suite 120,    Yardley, PA 19067-5559
515771162   +Derby Shires Furniture,    1267 Route 23,    Wayne, NJ 07470-5823
515771164   +Dr. Jon Freed, Dentist,    315 Madison Avenue,    Suite 508,    New York, NY 10017-5436
515771165  #+Edison Properties,    100 Washington Street,    Newark, NJ 07102-3024
515771166   +Essex Testing Clinic, Inc.,    799 Bloomfield Avenue,    Verona, NJ 07044-1389
515771167   +Esther Weitzner, Esq.,    Jaffe & Asher, LLP,    600 Third Avenue,    New York, NY 10016-1901
515771169   +HMS Productions,    250 West 39th Street,    New York, NY 10018-8215
515906374    IBM Corporation,    Attn Bankruptcy Coordinator,    274 Viger East 4th Floor,
              Montreal QC, Canada H2x 3r7
515771171   +IBM Credit, LLC,    4111 Northside Parkway,    PO Box 105061,    Atlanta, GA 30348-5061
515771175   +JE Photo,    131 Roseland Avenue,    Caldwell, NJ 07006-5903
515771176    Jennifer Gould, Esq.,    Stark & Stark,    777 Township Road, Suite 120,    Yardley, PA 19067-5559
515771177   +Jersey City Mayor's Office,    280 Grove Street,    Jersey City, NJ 07302-3610
515771178    Journal of Commerce,    3 Washington Street,    13th Floor,    Newark, NJ 07102
515771180   +Lincoln Education Services,    200 Executive Drive,    West Orange, NJ 07052-3388
515771181   +Loews Corporation,    655 Madison Avenue,    14th Floor,    New York, NY 10065-8043
515771182   +Maccormack Agency,    PO Box 1425,    55 Flanagan Way,    Secaucus, NJ 07094-3447
515771183   +Michelle Smith, Esq.,    Jaffe & Asher, LLP,    600 Third Avenue,    New York, NY 10016-1901
515771184   +Mindspan,    1000 Wyckoff Avenue,    Mahwah, NJ 07430-3164
515771185   +Mobile Diagnostics,    40 Galesi Drive,    Wayne, NJ 07470-4826
515771186   +Mudit Gupta,    28 Bonnieview Lane,    Towaco, NJ 07082
515771189   +NYCOMP, Inc.,    366 North Broadway,    Suite 410,    Jericho, NY 11753-2000
515771187   +North Jersey Media Group,    1 Garret Mountain Plaza, 9th Floor,    Woodland Park, NJ 07424-3318
515771188   +Novartis Pharmaceuticals,    1 Health Plaza, Building 101,    East Hanover, NJ 07936-1016
515771190   +Ocean Power and Equipment Co.,    1140 Bloomfield Avenue,    West Caldwell, NJ 07006-7126
515771191   +OnlineMR,    33 South Service Road,    Jericho, NY 11753-1036
515771192   +Our Lady of the Holy Angels,    473 Main Street,    Little Falls, NJ 07424-1134
515771194   +PSE&G,    80 Park Plaza,    T10C,    Newark, NJ 07102-4109
515771195   +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515771196   +PSEG,    4000 Hadley Road,    South Plainfield, NJ 07080-1192
515771193   +Plymouth Printing Co., Inc.,    450 North Avenue,    PO Box 68,    Cranford, NJ 07016-0068
515771199    RTP Environment (Portability),    239 Route 22 East,    Greenbrook, NJ 08812
515771197    Receivables Control Corporation,    7373 Kirkwood Court,    Suite 200,    Minneapolis, MN 55369
515771198   +Robert Selvers, Esq.,    Wilentz Goldman & Spitzer,    90 Woodbridge Center Drive,    PO Box 10,
              Woodbridge, NJ 07095-0958
515771200   +South 17 Associates,    123 Prospect Street,    PO Box 627,    Ridgewood, NJ 07451-0627
515919641    South 17 Associates, LLC,    c/o Lisa Bonsall, Esq.,    McCarter & English, LLP,
              4 Gateway Ctr, 100 Mulberry Street,    Newark, NJ 07102
515771201   +Stalker Vogrin Bracken Frimet,    150 Broadway, Suite 1200,    New York, NY 10038-4326
515771202   +State of New Jersey,    Division of Taxation,    CN 249,    Trenton, NJ 08602-0249
516000001    State of New Jersey Division of,    Employer Accounts,    PO Box  379,    Trenton, NJ  0825-0379
515771203  #+Steps to Literacy,    4 East Street,    Bound Brook, NJ 08805-1147
515771204   +Tech Data Corporation,    5350 Tech Data Drive/A3-20,    Clearwater, FL 33760-3122
```

```
District/off: 0312-2           User: admin              Page 2 of 3                  Date Rcvd: May 05, 2020
                               Form ID: 192             Total Noticed: 87


515860466      +Tech Data Corporation,    Scott Tillesen,    5350 Tech Data Drive, MS: A3-18,
                 Clearwater, FL 33760-3122
515771205      +Tech Data Corporation,    25121 Network Place,    Chicago, IL 60673-1251
515771206      +Transworld Marketing,    360 Murray Hill Parkway,    East Rutherford, NJ 07073-2109
515771207       Travelers CL Remittance Center,    PO Box 660317,    Dallas, TX 75266-0317
515954611      +Travelers Indemnity Company,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                 Columbus, OH 43236-1345
515771208      +Union of American Hebrew Congregation,    633 Third Avenue, 7th Floor,    New York, NY 10017-6778
515771209      +United Retail (Avenue Stores),    365 West Passaic Street,    Rochelle Park, NJ 07662-3015
515771210      +Vantage Communications,    6805 Route 202,    New Hope, PA 18938-1079
515807304      +WFC Inc.,    4041G Hadley Rd #101,    South Plainfield, NJ 07080-1120
515771212      +Wacoal America, Inc.,    136 Madison Avenue,    15th Floor,    New York, NY 10016-6787
515771213      +Wakefern Food Corporation,    230 Raritan Center Parkway,    Edison, NJ 08837-3647
515771214       Windham Professionals,    382 Main Street,    Salem, NH 03079-2412
515771215       Words & Pictures,    1 Maryland Drive Suite 1103,    Park Ridge, NJ 07656
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 05 2020 22:49:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 05 2020 22:49:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com May 05 2020 22:48:57      A.Atkins Appraisal Corp.,
                 122 Clinton Road,    Fairfield, NJ 07004-2900
515771152       E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 05 2020 22:55:29      BMW Financial Services,
                 P.O. Box 3608,    Dublin, OH 43016-0306
515771151       E-mail/Text: rmckay@biehlcollects.com May 05 2020 22:49:48      Biehl & Biehl,    PO Box 87410,
                 Carol Stream, IL 60188-7410
515771161       E-mail/Text: litigation.recoverybkmailbox@dllgroup.com May 05 2020 22:48:30
                 DeLage Landen Financial Services,    1111 Old Eagle School Road,    Wayne, PA 19087
515771163      +E-mail/Text: G06041@att.com May 05 2020 22:49:39      DirecTV,    One Rockefeller Center,
                 New York, NY 10020-2003
515771170      +E-mail/Text: gravina@us.ibm.com May 05 2020 22:49:38      IBM Credit LLC,    6303 Barfield Road,
                 Atlanta, GA 30328-4233
515771172       E-mail/Text: bankruptcynotices@ingrammicro.com May 05 2020 22:49:19      Ingram Micro,
                 1759 Wehrie Drive,    Williamsville, NY 14221
515771173       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 05 2020 22:48:53      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
515771211      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 05 2020 22:48:26
                 Verizon Wireless,    PO Box 3037,    Bloomington, IL 61702-3037
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515895452*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515771174*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Special Procedures,
                 955 So. Springfield Avenue,    Springfield, NJ 07081)
auc            ##+A.J. Willner Auctions,    PO Box 1012,    Springfield, NJ 07081-5012
515771168      ##+Fine Lines Art,    113 DeWitt Street,    Garfield, NJ 07026-2755
515771179      ##+KCSA Strategic Communications,    880 3rd Avenue, 6th Floor,    New York, NY 10022-4730
                                                                                       TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2                  User: admin                    Page 3 of 3                  Date Rcvd: May 05, 2020
                                      Form ID: 192                   Total Noticed: 87
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com,
               ciarkowski@wilentz.com
              Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               eperkins@becker.legal;tcolombini@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal
              Eric R. Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP
               gbressler@mdmc-law.com,
               kdeans@mdmc-law.com;kpatterson@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
              Jason D. Angelo    on behalf of Trustee Eric R. Perkins jangelo@reedsmith.com,
               sshidner@mdmc-law.com;smullen@mdmc-law.com
              Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc.
               jgould@stark-stark.com,    mdepietro@stark-stark.com
              Lisa Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com
              Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
              Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
               mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
                                                                                                 TOTAL: 12
```