UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION, TRENTON DIVISION

Caption in Compliance with D.N.J. LBR 9004-2(c)
Eric R. Perkins
354 Eisenhower Parkway, Plaza II, Suite 1500
Livingston, NJ 07039
Chapter 7 Trustee

**Order Filed on June 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Essex Usa, Llc

   Debtor

Case No.: 15-28571-JKS

Judge: JOHN K. SHERWOOD

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 8, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Essex Usa, Llc
Case No.: 15-28571-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,128.02 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $108.28 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Essex USA, LLC  
    Debtor

Case No. 15-28571-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jun 08, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
db            +Essex USA, LLC,    185 Route 17,    Paramus, NJ 07652-2963

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:

         Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com;mambrose@becker.legal  
         David H. Stein    on behalf of Unknown Role Type    Tech Data Corporation dstein@wilentz.com, ciarkowski@wilentz.com  
         Eric R. Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, eperkins@becker.legal;tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodriguez@becker.legal  
         Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal  
         Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal  
         Gary D. Bressler    on behalf of Attorney    McElroy, Deutsch, Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com  
         Jason D. Angelo    on behalf of Trustee Eric R. Perkins jangelo@reedsmith.com, sshidner@mdmc-law.com;smullen@mdmc-law.com  
         Jennifer D. Gould    on behalf of Creditor    De Lage Landen Financial Services, Inc. jgould@stark-stark.com, mdepietro@stark-stark.com  
         Lisa Bonsall    on behalf of Other Prof.    South 17 Associates, LLC lbonsall@mccarter.com  
         Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal  
         Scott S. Rever    on behalf of Debtor    Essex USA, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
         Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com, mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com  
                                                                                                 TOTAL: 12